**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00600-CR

### ROBERT FRANKLIN THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-61531-W**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Niles Illich to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Illich to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **DECEMBER 9, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Darline LaBar, official court reporter, 363rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Niles Illich; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Robert Thomas, TDCJ No. 01923831, Bradshaw State Jail, Post Office Box 9000, Henderson, Texas 75653.

/s/ ADA BROWN
JUSTICE